■ RICHARD SHEELER, JR., Respondent, v BLADE CONTRACTING, INC., et al., Appellants. [704 NYS2d 501] —In an action to recover damages for personal injuries, the defendants appeal from a judgment of the Supreme Court, Kings County (Bernstein, J.), entered March 10, 1999, which, upon an order of the same court (Jacobson, J.) dated August 28, 1998, granting the plaintiff judgment as a matter of law on the issue of liability, and upon a jury verdict on the issue of damages, is in favor of the plaintiff and against them in the principal sum of $200,000.

Ordered that the judgment is affirmed, with costs.

The damages awarded to the plaintiff did not deviate materially from what would be reasonable compensation under the circumstances of this case (*see,* CPLR 5501).

The defendants' remaining contention is without merit (*see, Nicastro v Park,* 113 AD2d 129, 133; *Teneriello v Travelers Cos.,* 264 AD2d 772). O'Brien, J. P., Santucci, Florio and Smith, JJ., concur.

■ EDWARD SHORT, Appellant, v BOMBARDIER INC. et al., Respondents. [704 NYS2d 502] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Suffolk County (Jones, J.), dated October 29, 1998, which granted the defendants' motion to strike the complaint as a sanction for failing to preserve evidence.

Ordered that the order is affirmed, with costs.

The Supreme Court providently exercised its discretion in striking the plaintiff's complaint as a sanction for his failure to preserve evidence crucial to the defense of the case (*see, Squitieri v City of New York,* 248 AD2d 201; *Kirkland v New York City Hous. Auth.,* 236 AD2d 170; *Abar v Freightliner Corp.,* 208 AD2d 999). Sullivan, J. P., S. Miller, Friedmann and Schmidt, JJ., concur.